UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

O'Neill Anderson,           )
     Petitioner          )     CIVIL ACTION NO. 04-10464-PBS
                            )
     v.                  )
                            )
UNITED STATES OF AMERICA,   )
     Respondent          )
                            )

**Government's Motion To Extend The Time Within
Which To File Its Response To Petitioner's Petition**

    The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this motion to extend the time within which to file its response to the petitioner's "Petition For Writ Of Error Coram Nobis, Pursuant To 28 U.S.C. § 1651(a)(1)." The government requests that the Court extend the time to and including May 31, 2004.

    In support of this request, the government states that the petitioner filed his petition on or about February 18, 2004 and that, on March 17, 2004, the Court forwarded a copy to the government and required a response to be filed within 20 days thereafter. In order to respond properly to the petition, the government will have to obtain from archives its records concerning the petitioner's drug conviction in the mid-1990's, its records concerning the Court's earlier dismissal of the petitioner's motion brought under 28 U.S.C. § 2255, and records of the Dorchester District Court concerning a 1991 conviction that the petitioner claims to have had vacated in 2000.

Government counsel expects to be on trial before this Court starting on March 29, 2004 and before Senior Judge Lasker starting on April 20, 2004. In addition, government counsel expects to be out of the office in April and/or May due to family circumstances.

The government therefore respectfully requests that the Court extend the time within which the government has to file its response to and including May 31, 2004.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By:     /s/ Michael J. Pelgro
                                    Michael J. Pelgro
                                    Assistant U.S. Attorney

DATED:    March 23, 2004.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

   O'Neill Anderson
   Inmate No. 20804-038
   FMC Devens
   P.O. Box 879
   Ayer, MA 01432

This 23rd day of March 2004.

                              /s/ Michael J. Pelgro
                              MICHAEL J. PELGRO
                              ASSISTANT UNITED STATES ATTORNEY

2