UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

O'NEILL ANDERSON,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.

Civil Action No. 04-CV-10464-PBS

### NOTICE OF APPEARANCE

Please take note that Nancy Rue, Assistant United States Attorney for the District of Massachusetts, will be appearing on behalf of the United States of America in this action.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By: _____
          NANCY RUE
          Assistant U.S. Attorney
          9200 J. Jos. Moakley U.S. Courthouse
          One Courthouse Way
          Boston, MA 02210
          (617) 748-3260

Dated: July 19, 2004

2

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the U.S. mail a copy of the same in an envelope bearing sufficient postage for delivery:

    O'Neill Anderson
    Inmate No. 20804-038
    FMC Devens
    PO Box 879
    Ayer, MA 01432

this 19th day of July, 2004

_____