UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| O'NEILL ANDERSON,<br><br>                Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | Civil Action No. 04-CV-10464-PBS |

## MOTION FOR EXTENSION OF TIME

The United States respectfully moves for an extension of time until October 29, 2004, to respond to this Petition.

In support of this request, the government notes that this case had been recently assigned to the undersigned counsel. Counsel has not yet been able to locate the records referred to in the previous application, and counsel needs time to research the effect of Petitioner's asserted expungement in the context of a writ coram nobis when a petition under 28 U.S.C. § 2255 has already been denied.

Accordingly, the government respectfully moves for an extension of time until October 29, 2004 to respond to this Petition.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

By: _____
       NANCY RUE
       Assistant U.S. Attorney
       9200 J. Jos. Moakley U.S. Courthouse
       One Courthouse Way
       Boston, MA 02210
       (617) 748-3260

Dated: July 19, 2004

## CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the U.S. mail a copy of the same in an envelope bearing sufficient postage for delivery:

    O'Neill Anderson
    Inmate No. 20804-038
    FMC Devens
    PO Box 879
    Ayer, MA 01432

this 19th day of July, 2004