O'neill Anderson
#20804-038
F.C.I Oakdale
P.O. Box 5000
Oakdale La. 71463



July, 12th, 2004

Clerk of the Court
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston Ma. 02210

CIVIL ACTION NO. 04-10464-PBS

<u>Change of Address</u>

Dear Clerk of The Court,

    It is my responsibility to notify the court of my change of address in the above mention civil action No: 04-10464-PBS, and which will be appropriate in locating me for the interest of justice.

I thank you very much in advance for your assistance in this matter.

                                        Respectfully

                                        O'neill Anderson