UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

O'neill Anderson, )
    Petitioner )  CIVIL ACTION NO.  04-10464-PBS
     )
    v. )  DATED: JULY, 12th, 2004
     )
UNITED STATES OF AMERICA, )
    RESPONDENT )
     )

FILED
IN CLERKS OFFICE
2004 JUL 15 P 12:45
U.S. DISTRICT COURT
DISTRICT OF MASS

### Petitioner's Motion for Disposition
### "for Writ of Error Coram Nobis Pursuant to 28 U.S.C. § 1651 (a) (1)

COMES NOW DEFENDENT/PETITIONER, Oneill Anderson, hereby Motion's this Honorable Court for the DISPOSITION of CIVIL ACTION NO. 04-10464-PBS.

In support of this request, petitioner states that writ was file on February 18th, 2004 and Respondent/Government recieve motion on March 17th, 2004 and to respond to motion within 20 days thereafter. Request for extend time which was granted by the court and to file its response to and including May 31st, 2004. There have not been a response has of this date June 15th, 2004.

Petitioner was intransit since June 16th, 2004 - July 2nd, 2004, and now designated at the F.C.I. Oakdale La., and have not recieve any response from the Respondent.

Wherefore, petitioner pray that this court in the interest of justice grant petitioner's Motion to avoid a complete Miscarriage of justice.

CERTIFICATE OF SERVICE

I O'neill Anderson, hereby certify that the foregoing document was sent via U.S. mail postage to the: Honorable Patti B. Saris at United States District Court. 1 COURTHouse WAY, Suite 2300, Boston, Ma 02210, on this date July 12th, 2004.

*O'neill Anderson*
O'neill Anderson