UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS/BOSTON

| | |
|---|---|
| O'niel Anderson<br>  Petitioner<br><br>V.<br><br>United States of America<br>  Respondent | CIVIL ACTION NO: 04-CV-10464-PBS<br>DATED : AUGUST, 5th, 2004 |

## MOTION FOR WITHDRAWAL OF CORAM NOBIS

COMES NOW the defendant O'niel Anderson, hereby motion's this Honorable Court respectfully to withdraw motion for Coram Nobis relieve to correct sentence on merits for expunged conviction occur May, 1991.

 In support of this request, petitioner notes that due to the fact this on going procedure and extension of time dated back from May,31st,2004 through October,29th,2004, even if petitioner should automatically get any relieve from this Civil Action, petitioner will by then completed his original sentence. At this time petitioner is in process dealing with I.N.S. procedure and wish not to jeopardize any conflict at this time pending appeal in the above case. Therefore, petitioner is no longer interested in challenging this issue, as well as the important time of the United States Attorney Nancy Rue.

 Wherefore, I pray that this motion be granted in the interest of justice and let this case rest.

Respectfully Submitted By: *O'niel Anderson*
O'niel Anderson
#20804-038
F.C.I. Oakdale
P.O. Box 5000
Oakdale, La.71463

## CERTIFICATE OF SERVICE

I O'niel Anderson, hereby certify that the foregoing document was sent via U.S. mail postage to the CLERK OF THE COURT at UNITED STATES DISTRICT

COURT, JOHN JOSEPH MOAKLEY COURTHOUSE, One Courthouse Way, Boston, Mass. 02210. On this 5th day of August 2004.

                                                                                     _/s/ O'niel Anderson_
                                                                                       O'niel Anderson